# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

MICHAEL DE'ANGELO DUNLAP                                           PLAINTIFF
ADC #114705

V.                                        4:07CV00335-WRW

RAMAON SCRUGGS                                                    DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of April, 2007.

                                        /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE